**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    QUIANA LA NAY CHASE,

10             Plaintiff,                         No. C 13-01816 JSW

11       v.

12   COMMISSIONER OF SOCIAL SECURITY,      **ORDER LIFTING STAY**

13             Defendant.
                                        /
14

15       The Court has received Defendant's application to lift the stay and finds that lifting the

16   stay is warranted.  Accordingly, the Court HEREBY LIFTS the stay in this matter.

17       **IT IS SO ORDERED.**

18

19   Dated: October 22, 2013

20                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28