IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA LA NAY CHASE, | |
| Plaintiff, | No. C 13-01816 JSW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER LIFTING STAY** |
| Defendant. | |

The Court has received Defendant's application to lift the stay and finds that lifting the stay is warranted. Accordingly, the Court HEREBY LIFTS the stay in this matter.

**IT IS SO ORDERED.**

Dated: October 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE