IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA LA NAY CHASE, | |
| Plaintiff, | No. C 13-01816 JSW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| Defendant. | |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Accordingly, the parties are hereby DIRECTED to advise the Court, no later than November 13, 2012, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The

///
///
///
///
///

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

1  parties are further advised that they may jointly request assignment to a specific magistrate
2  judge.
3  **IT IS SO ORDERED.**

5  Dated: December 2, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2