**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA LA NAY CHASE, | |
|     Plaintiff, | No. C 13-01816 JSW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER REGARDING CONSENT AND REFERRAL** |
|     Defendant. | |
| _____ / | |

Upon review of the record, only Defendant consented to have this action heard by a magistrate judge. Therefore this case is not referred to a randomly assigned Magistrate Judge at this time. Plaintiff is DIRECTED to advise the Court, by no later than December 10, 2013, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.

**IT IS SO ORDERED.**

Dated: December 3, 2013

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk