United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    QUIANA LA NAY CHASE,

10            Plaintiff,                      No. C 13-01816 JSW

11        v.

12   COMMISSIONER OF SOCIAL SECURITY,         **FURTHER ORDER REGARDING**
                                              **CONSENT AND REFERRAL**
13            Defendant.

14   _____/

15

16        Plaintiff was directed to advise the Court, by no later than December 10, 2013, as to

17   whether she consents to have a magistrate judge conduct all further proceedings in the instant

18   action.  To date, Plaintiff has not filed a response.  Plaintiff is HEREBY DIRECTED to advise

19   the Court by no later than December 20, 2013 as to whether she consents or declines to have a

20   magistrate judge conduct all further proceedings in the instant action.  Plaintiff is admonished to

21   comply with the Court's Orders and that her failure to comply with this Order will be

22   sanctioned.

23        **IT IS SO ORDERED.**

24

25   Dated: December 17, 2013                  _____
                                               JEFFREY S. WHITE
26                                             UNITED STATES DISTRICT JUDGE

27

28