ROBERT C. WEEMS (SBN 148156)
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUIANA LA NAY CHASE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: 3:13-cv-01816-KAW<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

      PLAINTIFF requests an extension of thirty (30) days for all deadlines in this case. PLAINTIFF needs additional time to further develop her reply to Defendant's cross motion for summary judgment.

      PLAINTIFF requests this extension in good faith, with no intent to prolong proceedings unduly.

      The parties agree good cause exists for and, subject to the Court's approval, stipulate to thirty (30) days extension of all deadlines in this action for the filing by Plaintiff of a reply to Defendant's cross-motion for summary judgment on April 18, 2014. This is the Plaintiff's counsel's first request for additional time TO FILE A REPLY BRIEF.

/ / /

SO STIPULATED AND AGREED:

Dated: March 18, 2014

Signed /Robert C. Weems/
ROBERT C. WEEMS
Attorney for Plaintiff, Quiana La Nay Chase

Dated: March 18, 2014

Signed /Paul Sachelari/ by e-mail
Paul Sachelari
Special Assistant United States Attorney
 and Attorney for the Defendant

## ORDER

IT IS SO ORDERED.

Dated: March 19, 2014

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United Stated ~~District~~ Magistrate Judge

Chase, EXT.STIP
3:13-cv-01816 KAW