United States District Court
Northern District of California

QUIANA LA NAY CHASE,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

Case No.: C 13-01816-KAW

ORDER REGARDING DEFENDANT'S OBJECTION TO PLAINTIFF'S REPLY AS UNTIMELY AND PRESENTING NEW ISSUES

Plaintiff Quiana La Nay Chase, who is represented by counsel in this Social Security case, filed a reply brief on May 7, 2014, after the April 18, 2014 reply deadline to which the parties had stipulated. (Pl.'s Reply, Dkt. No. 34; Order on Stipulation, Dkt. No. 33.) The Commissioner filed an objection to the reply, arguing that it is untimely and presents new issues not raised in Plaintiff's original motion for summary judgment. (Def.'s Objection, Dkt. No. 36.) The Court treats the filing as a motion to strike Plaintiff's reply and, in the alternative, for leave to file a sur-reply.

Accordingly, the Court orders Plaintiff to file an opposition to the motion to strike her reply or a statement of non-opposition to the motion, by no later than June 6, 2014. If Plaintiff files an opposition, the Commissioner's reply shall be filed by no later than June 20, 2014.

IT IS SO ORDERED.

Dated: May 28, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge